**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Bernard GIBSON, Sr., a/k/a Bernard
Willis, Defendant—Appellant.**

No. 10–6764.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2010.

Decided: Aug. 3, 2010.

Bernard Gibson, Sr., Appellant Pro Se.
Sandra Wilkinson, Assistant United States
Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, GREGORY, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Bernard Gibson, Sr., appeals the district
court's denial of his petition for a writ of
audita querela. We have reviewed the
record and find no reversible error. "[A]
writ of audita querela is not available to a
petitioner when other remedies exist, such
as a motion to vacate sentence under 28
U.S.C.[A.] § 2255 [ (West Supp.2010) ]."
*United States v. Torres,* 282 F.3d 1241,
1245 (10th Cir.2002) (internal quotation
marks omitted); *United States v. Valdez-*
*Pacheco,* 237 F.3d 1077, 1079 (9th Cir.
2001) (same). The fact that Gibson cannot
proceed under § 2255 unless he obtains
authorization from this court to file a successive
motion does not alter this conclusion.
*See Carrington v. United States,* 503
F.3d 888, 890 (9th Cir.2007) ("[T]he statutory
limits on second or successive habeas
petitions do not create a 'gap' in the post-conviction
landscape that can be filled with
the common law writs."), *amended on oth-
er grounds by* 530 F.3d 1183 (9th Cir.
2008). Accordingly, we affirm. We dispense
with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*